UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FERNANDO CASTELLANOS NAVARRO,

Plaintiff,

v.

ABDUL ORIA, et al.,

Defendants.

Case No. 4:26-cv-08975-KAW

**SECOND ORDER TO SHOW CAUSE TO PLAINTIFF RE IN FORMA PAUPERIS APPLICATION; ORDER VACATING CASE MANAGEMENT CONFERENCE**

Re: Dkt. Nos. 1, 3, 6

On August 26, 2026, Plaintiff Fernando Castellanos Navarro filed this lawsuit alleging that an unlawful detainer case in state court violated his constitutional rights and violated RICO, among other statutes and common law claims. (Compl., Dkt. No. 1.) Plaintiff concurrently filed an application to proceed in forma pauperis. (IFP Appl., Dkt. No. 3.) In Plaintiff's IFP application, he indicated that the claims raised had been presented in a previous lawsuit pending in Contra Costa County Superior Court, Case No. C26-02739. *Id.* at 4.[1]

Since the state court lawsuit seeks relief for the same conduct, the later-filed, federal case is considered a repetitive lawsuit, so, on September 25, 2026, the Court issued an order to show cause to Plaintiff to "explain why he filed the same complaint in both state and federal court, why this case should not be dismissed in favor of his earlier-filed, state court case or, alternatively, stayed pending the outcome of the state court case." (Order to Show Cause, Dkt. No. 6 at 2.) The deadline to respond was October 9, 2026, but, to date, Plaintiff has not filed a response nor any other documents in this case.

[1] While the state court complaint is not marked as an exhibit, Plaintiff attached the filed copy, which appears to be identical. (*See* Dkt. No. 1 at 22.) The state court complaint was filed on August 18, 2026. *Id.*

United States District Court
Northern District of California

Accordingly, the Court issues this SECOND ORDER TO SHOW CAUSE to Plaintiff to explain, by **December 4, 2026**, why this lawsuit should not be dismissed without prejudice in favor of the earlier-filed lawsuit. Moreover, the Court notes that the claims are related to an unlawful detainer action in Contra Costa County Superior Court, which does not give rise to federal subject matter jurisdiction, and must be addressed in connection with the unlawful detainer action in state court. Plaintiff shall also address the jurisdictional issue in his response to the order to show cause.

The failure to timely respond by the December 4, 2026 deadline will result in this case being reassigned to a district judge with the recommendation that it be dismissed without prejudice on the grounds that abstention is appropriate and/or due to the lack of subject matter jurisdiction.

Finally, the case management conference set for November 24, 2026 is VACATED.

IT IS SO ORDERED.

Dated: November 18, 2026

KANDIS A. WESTMORE
United States Magistrate Judge